**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO:**

**THOMAS ESTRELLA,**

    **Plaintiff,**

**vs.**

**ALLIANCEONE RECEIVALBLES**
**MANAGEMENT, INC.,**

    **Defendant.**
_____/
_____

**IN THE THIRTEENTH JUDICIAL CIRCUIT**
**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
**CIVIL DIVISION**

**THOMAS ESTRELLA,**

    **Plaintiff,**                                          **CASE NO: 14-CA-12484**
                                                                   **DIVISION "H"**

**vs.**

**ALLIANCEONE RECEIVABLES**
**MANAGEMENT, INC.,**

    **Defendant.**
_____/

## NOTICE AND PETITION FOR REMOVAL

    **TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

    COMES NOW, Defendants and Petitioners for removal, ALLIANCEONE RECEIVABLES MANAGEMENT INC. ("Defendant"), and with reservation of all rights, hereby removes from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, the proceeding entitled and captioned:, **Thomas Estrella vs. AllianceOne**

**Receivables Management Inc. Case Number 14-CA-12484, Division H** on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendants/Petitioners, have been named as Defendants in a civil action brought against them in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, captioned as: **Thomas Estrella vs. Alliance One Receivables Management Inc. Case Number 14-CA-12484, Division H.** A copy of the Complaint filed in that action, in addition to all process and pleadings served upon or received by Defendants/Petitioners, are attached hereto as Composite Exhibit "A".

2. The aforesaid action was originally commenced by service of process on or about December 23, 2014 upon the Defendant/Petitioner AllianceOne Receivables Management Inc. Thereafter, Plaintiff filed a Motion to Amend the Complaint which was granted on or about March 5, 2015. Plaintiff filed his Amended Complaint on or about March 5, 2014 which included *inter alia* a count for alleged violations under federal statute.

3. The controversy herein between the Plaintiff and Defendants/Petitioners is now a controversy based upon consumer protection right created by and enforced through Federal statute, 47 U.S.C. § 227, entitled the Telephone Consumer Protection Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendants/Petitioners pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after filing of the Amended Complaint by Defendants/Petitioners and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

WHEREFORE Defendants respectfully request that the above entitled action be removed from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida for all further proceedings.

Respectfully submitted by:

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
Florida Bar No.: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
spspengler@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing has been furnished via electronic mail to Lisa Wilcox, Esq. at lisa@wilcoxlawpa.com; W. John Gadd, Esq. at wjg@mazgadd.com and nikki@mazgadd.com on this 25th day of March 2015.

/s/ Sangeeta Spengler
Sangeeta Spengler
Florida Bar No.: 0186864