**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THOMAS ESTRELLA,

    Plaintiff,

Case No: 8:15-cv-704-T-17TBM

v.

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,

    Defendant,
_____

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties all stipulate and agree through their undersigned counsel, that this said cause shall be dismissed with prejudice. It is further agreed that each party shall bear its own attorney's fees and costs.

Dated this 23rd day of April, 2015.

                                            **/s/ W. John Gadd**
                                            **W. John Gadd, Esq**
Florida Bar No.: 463031
wjg@mazgadd.com
2727 Ulmerton Road Suite 250
Clearwater, FL 33762
Telephone No.: (727) 524-6300
Facsimile No.: (727) 498-2160

**/s/Lisa R Wilcox**
**Lisa R. Wilcox, Esq**
FBN: 697291
721 First Ave. N.  Suite 100
St. Petersburg, Florida 33701
Main and Fax 888-945-2695
lisa@wilcoxlawpa.com
**Attorneys for Plaintiff**
**/s/ Sangeeta Spengler**
**Sangeeta Spengler, Esq.**
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500

Direct: (813) 251-3661
Fax: (813) 251-3675
spspengler@gsgfirm.com
**Attorney for Defendant**